| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Stafford, Jr., William H | 2. Court or Organization U.S. District Court, NDFL | 3. Date of Report 05/02/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address US Courthouse 111 North Adams Street Tallahassee, FL 32301-7717 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2006 MAY -8 A 9: 51 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New York Life Insurance Co. | A | Dividend | J | W | | | | | |
| 2. Prudential Life Insurance Co. (policy) | A | Dividend | J | W | | | | | |
| 3. ██████████ | | None | J | W | | | | | |
| 4. Brokerage Account #1 | | | | | | | | | |
| 5. - Morgan Stanley Active Assets Money Trust Money Market | A | Interest | J | T | | | | | |
| 6. - Cinergy Corp (common stock) | A | Dividend | J | T | | | | | |
| 7. - Compass Bancshares (common stock) | A | Dividend | J | T | | | | | |
| 8. - General Electric (common stock) | A | Dividend | J | T | | | | | |
| 9. - Goodyear Tire & Rubber (common stock) | | None | J | T | | | | | |
| 10. - Johnson & Johnson (common stock) | A | Dividend | J | T | | | | | |
| 11. - NVIDIA Corp (common stock) | | None | J | T | | | | | |
| 12. - WalMart (common stock) | A | Dividend | J | T | | | | | |
| 13. - Wells Fargo & Co. (common stock) | A | Dividend | J | T | | | | | |
| 14. - Nuveen INSD Qual Muni Fund | A | Interest | J | T | | | | | |
| 15. - Tanger Factory (common stock) | A | Dividend | J | T | Buy | 3/18 | J | - | |
| 16. - Lyondell Chemical (common stock) | A | Dividend | J | T | | | | | |
| 17. - Allied Capital Corp. (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - TYCO Intl (common stock) | A | Dividend | J | T | | | | | |
| 19. - Cohen & Steers Select Utility Fund (Closed End) | A | Dividend | J | T | | | | | |
| 20. - Merrill Lynch Global Growth Fund | A | Dividend | J | T | Sell | 3/18 | J | A | |
| 21. Brokerage Account #2 | | | | | | | | | |
| 22. - Active Assets Money Trust Morgan Stanley Money Market | A | Interest | J | T | | | | | |
| 23. - S&P 500 Index Fund -ETF | A | Dividend | J | T | | | | | |
| 24. - Diamonds Trust Series 1 - ETF | A | Dividend | J | T | | | | | |
| 25. - Allied Capital (common stock) | A | Dividend | K | T | Buy | 10/19 | K | | |
| 26. - Blackrock World Investment Trust (closed end fund) | | None | K | T | Buy | 12/20 | K | | |
| 27. - Lehman Brox HLDG (preferred stock) | A | Dividend | K | T | Buy | 10/19 | K | | |
| 28. - GMAC 8.000% (corporate bond) | | None | K | T | Buy | 12/20 | K | | |
| 29. - JPMCHASE Capital XVI (fixed-rate capital security) | A | Interest | K | T | Buy | 10/19 | K | | |
| 30. - GMAC Bank Greeneville CD | | None | K | T | Buy | 10/19 | K | | |
| 31. - First Federal Bank of California FSB Santa Monica CA CD | | None | K | T | Buy | 10/19 | K | | |
| 32. - M&I Bank FSB Las Vegas CD | - | None | K | T | Buy | 10/19 | K | | |
| 33. - Machias Savings Bank Machias ME CD | | None | K | T | Buy | 10/19 | K | | |
| 34. IRA's - Morgan Stanley (Aggregate Ownership) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Blackrock Lo Duration (mutual fund) | | | | | | | | | |
| 36. - Morgan Stanley Liquid Asset Fund (money market) | | | | | | | | | |
| 37. - AXA Enterprise Growth Fund (mutual fund) | | | | | | | | | |
| 38. - T Rowe Price Eq Inc (mutual fund) | | | | | | | | | |
| 39. - PIMCO Total Return A (mutual fund) | | | | | | | | | |
| 40. - Templeton Developing Markets A (mutual fund) | | | | | Partial Sell | 10/19 | J | A | |
| 41. - PIMCO High Yield A (mutual fund) | | | | | | | | | |
| 42. - Blackrock Intermediate Bond (mutual fund) | | | | | | | | | |
| 43. - Allianz NFJ Small Cap Value A (mutual fund) | | | | | | | | | |
| 44. - Wells Fargo Opportunity INV Fd (mutual fund) | | | | | | | | | |
| 45. - ING Intl Value A (mutual fund) | | | | | Partial Sell | 10/19 | J | A | |
| 46. Brokerage Account #3 | | | | | | | | | |
| 47. - Merrill Lynch Bank Deposit Program Money Market | A | Interest | J | T | Closed | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H | 05/02/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Many of the entries in previous reports were, and continue to be, held as IRA's with Morgan Stanley and are reported under the Aggregate of Ownership Arrangement.

Item #4: Brokerage account #1 was transferred to another Broker/Dealer. The money market fund identified in Item #5 reflects this change.

Item #21 from the 2004 report has been closed.

Item #37: The name of this fund has changed to AXA Enterprise Growth Fund (Item #38 on the 2004 report)

Item #43: The name of this fund has changed to Allianz NFJ Small-Cap Value A (Item #36 on the 2004 report)

Item #44: The name of this fund has changed to Wells Fargo Opportunity Fund (Item #37 on the 2004 report)

Item #46: This cash account was closed in 2005 and the money in the money market was moved to Brokerage Account #2 (Item #22)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date  May 5, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544